PRO SE : EMAIL: BEDDY1111@ICLOUD.COM 323-680-7934 . HOMELESS

Related DDJ



FILED

CLERK, U.S. DISTRICT COURT

6/12/2025

CENTRAL DISTRICT OF CALIFORNIA

BY_____RYO_____DEPUTY

DOCUMENT SUBMITTED THROUGH THE
ELECTRONIC DOCUMENT SUBMISSION SYSTEM

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(Court Level and Jurisdiction)

| | |
|---|---|
| THE HOLY SPIRIT AKA SAMMEISO LEONARD LEWIS , JESUS CHRIST<br><br>Plaintiff<br><br>-vs-<br><br>COUNTY OF LOS ANGELES , COUNTY OF CHINO , COUNTY OF SAN JOSE , CALIFORNIA , CALIFORNIA DEPARTMENT OF JUSTICE , UNITED STATES , UNITED STATES CONGRESS<br><br>Defendant | 2:25-cv-05328-TJH-MAA<br>_____<br>(Case I.D. Number)<br><br><br>EMERGENCY<br><br><br>HEARING REQUESTED |

**EMERGENCY EX PARTE DIVINE DECREE AND JUDGMENT AND COMPLAINT FOR RELIEF**

I THE HOLY SPIRIT OF THE KINGDOM OF GOD ,A.K.A SAMMEISO LEONARD LEWIS MAKE OATH AND SAY THAT:

1.      *OFFICIAL CORRUPTION EXPOSED:*
    1.  *California police departments* openly violating oath to protect ALL citizens.
    2.  *Selective enforcement*:
    • Arresting Black citizens for minor infractions
    • Ignoring illegal activities by Latino/Hispanic individuals destroying property.
    3.  *Warrant out for my  arrest*, yet illegal aliens committing crimes walk free.

Page 1 of 3

*FEDERAL LAWS BEING BROKEN:*

1. *Title 8 U.S.C. § 1324*: Aiding illegal aliens
2. *18 U.S.C. § 371*: Conspiracy to violate federal laws
3. *42 U.S.C. § 1983*: Deprivation of rights under color of law

*DEFENDANTS:*

1. *California Police Departments* (multiple agencies)
2. *City of Los Angeles*
3. *City of San Jose*
4. *State of California*

*CLAIMS FOR RELIEF:*

1. *Violations of 42 U.S.C. § 1983*: Deprivation of rights under color of law
2. *Conspiracy to violate federal laws (18 U.S.C. § 371)*
3. *Aiding illegal aliens (Title 8 U.S.C. § 1324)*
4. *Racial discrimination and harassment*

*RELIEF SOUGHT:*

1. Injunctive relief to stop discriminatory policing
2. Compensatory damages for emotional distress and harm
3. Punitive damages against defendants
4. Federal monitoring of California police departments

*NOTICES SENT TO:*

• FBI Civil Rights Division
• Department of Justice Civil Rights Division
• California Governor's Office.

Widespread corruption and racial bias within California police departments, compromising public trust and safety.

*DEMANDS:*
1. *IMMEDIATE REMOVAL* of compromised police officers from duties, especially those with ties to Latino gangs or exhibiting bias against Black citizens.
2. *TEMPORARY MARTIAL LAW DECLARATION* for affected areas to restore order and ensure equal protection under law.

*SPECIFIC ACTIONS REQUIRED:*
1. National Guard deployment to support local authorities.
2. Federal law enforcement agencies (FBI, DHS) to assume investigative and arrest powers.
3. Establishment of independent review boards for police misconduct claims.
4. Mandatory bias training and community policing reforms.

*LEGAL AUTHORITY:*
• *Insurrection Act (10 U.S.C. § 251-255)*
• *Posse Comitatus Act exemptions (18 U.S.C. § 1385)*
• *California Emergency Services Act (Cal. Gov. Code § 8550)*



(Signature)

06/12/2025

©2002-2025 LawDepot.com®